**LINK:**

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

| Case No. | CV 15-09224-BRO (AGRx) | Date | March 8, 2016 |
|---|---|---|---|
| Title | JOHN R. CHASE V. RESIDENTIAL CREDIT SOLUTIONS, INC. ET AL | | |

Present: The Honorable   **BEVERLY REID O'CONNELL, United States District Judge**

| Renee A. Fisher | Not Present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**      (IN CHAMBERS)

**ORDER TO SHOW CAUSE
RE: FAILURE TO OPPOSE**

Pending before the Court are two motions: (1) Defendant Residential Credit Solutions, Inc.'s Motion to Dismiss Plaintiff's Second Amended Complaint, (Dkt. No. 27 (hereinafter, "RCS's Motion")); and, (2) Defendant Ocwen Loan, LLC's Motion to Dismiss Plaintiff's Second Amended Complaint, (Dkt. No. 29 (hereinafter, "Ocwen's Motion")).  Both motions noticed a hearing date of March 21, 2016.  (Dkt. Nos. 27, 29.)

Under the Central District's Local Rules, a party must oppose a motion at least twenty-one (21) days prior to the scheduled hearing date.  *See* C.D. Cal. L.R. 7-9.  Thus, the oppositions to both RCS's and Ocwen's Motions were due February 29, 2016.  To date, Plaintiff has only filed an opposition to Ocwen's Motion.  (*See* Dkt. No. 32 (opposing Dkt. No. 29); *see also* Dkt. No. 35 (Notice of Non-Opposition filed by Defendant RCS).)  Pursuant to Local Rule 7-12, the failure to file an opposition "may be deemed consent to the granting . . . of the motion."  *See* C.D. Cal. L.R. 7-12.

Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE** as to why the Court should not grant RCS's Motion.  **Both (1) Plaintiff's response to this Order and (2) Plaintiff's opposition to RCS's Motion, if any, shall be filed by no later 4:00 p.m. on Friday, March 11, 2016.**

**IT IS SO ORDERED.**

| | : |
|---|---|
| Initials of Preparer | rf |